**ELD-001-E**

## <u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. **<u>25-2946</u>**

THOMAS TAYSSON BATISTA RAMOS, Petitioner

VS.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A201-823-555)

Present: KRAUSE, BOVE, and NYGAARD, <u>Circuit Judges</u>

Submitted are:

(1) By the Clerk for possible transfer of the petition for review to the United States Court of Appeals for the Fifth Circuit; and

(2) Petitioner's motion for a stay of removal in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The foregoing motion for a stay of removal is temporarily granted; removal is stayed until such time as the Court can consider the motion for a stay of removal and any response(s). Respondent is directed to promptly inform the Clerk in writing as to any change to the custody/detention status of the Petitioner including transfers to another detention facility if Petitioner is already detained by immigration authorities and transfers from prison custody (local, state, or federal facility) to immigration detention.[*]

---

[*] Judge Bove would deny the motion.

By the Court,

s/Cheryl Ann Krause
Circuit Judge

Dated: October 8, 2025
cc: Counsel of record

A True Copy:

Patricia S. Dodszuweit, Clerk